Eric D. Wilson, OSB #044556
ewilson@oregonemploymentlaw.com
Eric Wilson, P.C.
1 SW Columbia Street, Suite 1850
Portland, Oregon 97204
Phone: 503.880.9372
Fax: 503.208.8026
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VINCENT CAMACHO, an individual; MATTHEW BURNS, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>BRS FIELD OPS, LLC, a foreign limited liability company; BLUE RAVEN SOLAR, LLC, a foreign limited liability company;<br><br>Defendants. | Case No. 3:23-cv-517-SB<br><br>**[PROPOSED] GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

This matter having come before the Court based upon the stipulation of the parties for dismissal of this action pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) filed with this Court, and the Court's Order dated August 23, 2023 (Doc. 11), the Court finds this case has been fully compromised and settled, and accordingly

IT IS ORDERED AND ADJUDGED that the case is dismissed with prejudice and without costs, disbursement or attorney fees to any party.

DATED this _____ day of _____, 2023.

                                                                                                                    
The Honorable Stacie F. Beckerman

Presented by:

**ERIC WILSON, P.C.**

By      /s/  Eric D. Wilson
Eric D. Wilson, OSB #044556
ewilson@oregonemploymentlaw.com
Phone: 503.880.9372
Fax: 503.208.8026
Attorney for Plaintiffs

**DAVIS WRIGHT TREMAINE LLP**

By      /s/  Christie S. Totten
Christie S. Totten, OSB #085890
christietotten@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Defendants
BRS Field Ops, LLC and Blue Raven Solar, LLC

Page | 2     [PROPOSED] GENERAL JUDGMENT OF DISMISSAL
WITH PREJUDICE AND WITHOUT FEES OR COSTS

ERIC WILSON, P.C.
1 SW COLUMBIA STREET, SUITE 1850
PORTLAND, OR 97204
503.880.9372