IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VINCENT CAMACHO, an individual; MATTHEW BURNS, an individual;<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BRS FIELD OPS, LLC, a foreign limited liability company; BLUE RAVEN SOLAR, LLC, a foreign limited liability company;<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00517-SB<br><br>**GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

　　　This matter having come before the Court based upon the stipulation of the parties for dismissal of this action pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) filed with this Court, and the Court's Order dated August 23, 2023 (ECF No. 11), the Court finds this case has been fully compromised and settled, and accordingly,

　　　IT IS ORDERED AND ADJUDGED that the case is dismissed with prejudice and without costs, disbursement or attorney fees to any party.

DATED this __5th__ day of __September__, 2023.

_/s/ Stacie F. Beckerman_
Hon. Stacie F. Beckerman
U.S. Magistrate Judge